NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAXELL, LTD.,**
*Appellant*

**v.**

**AMPEREX TECHNOLOGY LIMITED,**
*Appellee*

---

2023-2285

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01442.

---

**JUDGMENT**

---

JEFFREY TA-HWA HAN, Vinson & Elkins LLP, Austin, TX, argued for appellant. Also represented by CORBIN CESSNA, HILARY L. PRESTON, ERIK SHALLMAN; ERIC JOSEPH KLEIN, PAIGE HOLLAND WRIGHT, Dallas, TX.

KIRK T. BRADLEY, Alston & Bird LLP, Charlotte, NC, argued for appellee. Also represented by CHRISTOPHER TIMOTHY LAWN DOUGLAS, NICHOLAS CHRISTOPHER MARAIS; BRADY COX, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 15, 2025
Date

Jarrett B. Perlow
Clerk of Court